| | |
|---|---|
| 1 | **BYRNE & NIXON LLP** |
| | MARK A. BYRNE (CA SB#116657) |
| 2 | E-mail: markbyrne@byrnenixon.com |
| | JENNIFER L. DERWIN (CA SB#222420) |
| 3 | E-mail: jenniferderwin@byrnenixon.com |
| | 888 West Sixth Street, Suite 1100 |
| 4 | Los Angeles, California 90017 |
| | Tel: (213) 620-8003 |
| 5 | Fax: (213) 620-8012 |

Attorneys for Defendant
ALMA VILLALOBOS

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 14-CR-521-JAK |
| Plaintiff, | HON. JOHN A. KRONSTADT |
| vs. | **NOTICE OF JOINDER AND JOINDER BY DEFENDANT ALMA VILLALOBOS IN: (1) MOTION TO SUPPRESS SEARCH WARRANT EVIDENCE DUE TO SEARCH EXCEEDING SCOPE OF THE WARRANT [DOCKET # 100]; (2) MOTION TO SUPPRESS SEARCH WARRANT EVIDENCE DUE TO FALSE STATEMENTS AND MATERIAL OMISSIONS IN THE SUPPORTING AFFIDAVIT [DOCKET #101]; AND (3) MOTION TO SUPPRESS SEARCH WARRANT EVIDENCE DUE TO LACK OF PROBABLE CAUSE AND OVERBREADTH [DOCKET #102]** |
| PACIFIC EUROTEX CORP., INC., et al., | |
| Defendants. | |
| | Date: January 8, 2015 |
| | Time: 8:30 a.m. |
| | Ctrm: 760 |
| | Trial Date: February 17, 2015 |

TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

1. PLEASE TAKE NOTICE THAT Defendant Alma Villalobos hereby joins in the Motion to Suppress Search Warrant Evidence Due to Search Exceeding Scope of the Warrant [Docket # 100] filed on December 4, 2014.

2. Defendant Alma Villalobos also hereby joins in the Motion to Suppress Search Warrant Evidence Due to False Statements and Material Omissions in the Supporting Affidavit [Docket # 101] filed on December 4, 2014.

3. Defendant Alma Villalobos also hereby joins in the Motion to Suppress Search Warrant Evidence Due to Lack of Probable Cause and Overbreadth [Docket # 102] filed on December 4, 2014.

DATED: December 4, 2014        BYRNE & NIXON LLP

/s/ Mark A. Byrne
By:_____
Mark A. Byrne

Attorneys for Defendant
ALMA VILLALOBOS