```
STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
JULIE J. SHEMITZ (Cal. Bar No. 224093)
JAMIE A. LANG (Cal. Bar No. 253769)
Assistant United States Attorneys
Organized Crime Drug Enforcement Task Force Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-5725/2652
     Facsimile: (213) 894-0142
     E-mail:    julie.shemitz@usdoj.gov
                jamie.lang@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 14-521-JAK |
|---|---|
| Plaintiff, | NOTICE OF LODGING OF EXHIBIT 11 TO DECLARATION OF LARRY CHACON |
| v. | Hearing Date: January 8, 2015 |
| PACIFIC EUROTEX CORP., ET AL., | Hearing Time: 8:30 a.m. |
| Defendants. | Location: Courtroom of the Hon. John A. Kronstadt |

Pursuant to Local Criminal Rule 49-1.2 and Local Rule 11-5, Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Julie J. Shemitz and Jamie A. Lang, hereby lodges a DVD that includes Exhibit 11 to the Declaration of Larry Chacon, filed in support of the Government's Omnibus Opposition to Defendants' Motions to Suppress Search Warrant Evidence (Docket # 100, 101, 102, 104). Exhibit 11 is a video

//

//

recording not conducive to electronic filing and will therefore be manually lodged pursuant to Local Criminal Rule 49-1.2.

Dated: December 22, 2014          Respectfully submitted,

STEPHANIE YONEKURA
Acting United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division


        /s/
JULIE J. SHEMITZ
JAMIE A. LANG
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA