UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 14-521-JAK |
|---|---|
| Plaintiff, | ORDER AMENDING SCHEDULING ORDER (Dkt. 179) |
| v. | |
| PACIFIC EUROTEX CORP., ET AL., | |
| Defendants. | |

The Court, having reviewed the request of the parties to set a schedule for motions, hearings and other matters, hereby sets the following dates:

| Date Due | Description |
|---|---|
| 2/18/15 | Government to provide a statement of items that have been withheld from disclosure |
| 2/26/15 | Discovery motions to be filed, not to exceed 25 pages. |
| 3/9/15 | Oppositions to discovery motions to be filed, not to exceed 25 pages except in the case of a consolidated opposition to multiple motions |
| 3/16/15: 12:00 p.m. | Replies, if any, to be filed, not to exceed 10 pages |
| 3/19/15: 8:30 a.m. | Hearing on discovery motions |

| | |
|---|---|
| 4/20/15 | All parties to file motions *in limine*, not to exceed 15 pages |
| 5/4/15 | Oppositions to motions *in limine* to be filed, not to exceed 15 pages |
| 5/11/15: 12:00 p.m. | Replies, if any, to be filed, not to exceed 7 pages |
| 5/14/15: 8:30 a.m. | Hearing on motions *in limine* |

| | |
|---|---|
| 5/4/15: 12:00 p.m. | Government to provide proposed jury instructions and verdict forms to defense |
| 5/8/15 | Government to provide draft government exhibit and witness lists to defense |
| 5/13/15 | Parties to file evidentiary stipulations as well as joint and disputed jury instructions and proposed verdict forms |
| 5/18/15: 12:00 p.m. | Government to file exhibit and witness lists |
| 5/21/15: 10:00 a.m. | Final pretrial conference and hearing on jury instructions, verdict forms, and disputed exhibits |
| 6/2/15 at 9:00 a.m. | Trial |

In light of the foregoing, the February 12, 2015 Scheduling Conference and April 16, 2015 Status Conference are TAKEN OFF CALENDAR.

**IT IS SO ORDERED.**

Dated: February 11, 2015   _____

_____
HONORABLE JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE