# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>PACIFIC EUROTEX CORP., MORAD NEMAN, HERSEL NEMAN, MEHRAN KHALILI, and ALMA VILLALOBOS,<br><br>　　　　　Defendants. | CASE NO. 14-CR-00521-JAK<br><br>**ORDER ON STIPULATION CONCERNING EVIDENCE SUBJECT TO JANUARY 16, 2015 SUPPRESSION**<br><br>Assigned to Hon. John A. Kronstadt |

The Court having read and considered the Stipulation Concerning Evidence Subject to January 16, 2015 Suppression Order filed by Defendants Pacific Eurotex Corp., Morad Neman, Hersel Neman, Mehran Khalili, and The United States of America, and GOOD CAUSE appearing, hereby finds:

In its January 16, 2015 Order granting Defendant Pacific Eurotex Corp. and Morad Neman's Motion to Suppress Search Warrant Evidence Due to Search Exceeding Scope of the Warrant, the Court stated: "To the extent that either party contends this list [concerning the evidence seized from the NRE offices] is over- or under-inclusive, counsel shall meet and confer to determine if they can agree and

then present a stipulation as to what evidence should be subject to this ruling." (January 16, 2015 Order at page 3).

Counsel for the Government, Pacific Eurotex Corp., Morad Neman, Hersel Neman and Mehran Khalili have stipulated as to what evidence was seized from Neman Real Estate and thus, is subject to the Court's suppression order.[1]

THEREFORE, IT IS HEREBY ORDERED: Pursuant to the Court's January 16, 2015 Order granting Defendant Pacific Eurotex Corp. and Morad Neman's Motion to Suppress Search Warrant Evidence Due to Search Exceeding Scope of the Warrant and the stipulation concerning the evidence subject to that Order, that the following evidence is suppressed:

1. All digital devices seized from Neman Real Estate and all contents thereof:

| |
|---|
| Seagate external hard drive NA75R2DA |
| Western Digital external hard drive WX3JE92DD826 |
| Dell F5VV4J1 and Seagate hard drive 5VM1QJZD |
| Dell GGRYV1 and 2 TB hard drive from unknown manufacturer |
| Dell 83VHCP1 and Hitachi hard drive JP6960HD3PY1TR |
| Dell 3GVOQC1 and Seagate hard drive 5LSCTT36 |
| Apple MacBook Air C02LF8EVF5V7 and Apple hard drive 1334A0408661 |
| Apple iMac C02K375YDNCR and Apple hard drive S2V4J9CCC13242 |
| Imac San Disk Thumb Drive |
| Apple MacBook Air C02MGBDPG086 and Apple hard drive SD0256F |

2. All documents seized from Neman Real Estate, including but not

---

[1] Pacific Eurotex Corp. and Morad Neman intend to move for the exclusion of certain additional Government evidence on the ground that it constitutes the fruits of the unlawful search, and will file such motion pursuant to the Court's schedule for motions in-limine.

limited to documents with bates numbers PEC3_001297-001303, which were derived from digital devices seized from Neman Real Estate.

3. All personal property seized from Neman Real Estate, including all cash and the following items:

| Property Description | Seized Amount | Government Appraised Value |
|---|---|---|
| Yellow "Rolex" Watch with white face | 1 | $27,000.00 |
| Yellow Necklace with red beads | 1 | $3,300.00 |
| Yellow Earrings with white beads | 1 | $350.00 |
| Yellow Earrings with white beads | 1 | $510.00 |
| Yellow Earrings with blue stones | 1 | $270.00 |
| Silver colored Earrings with blue stones | 1 | $15.00 |
| Yellow Earrings with white stones | 1 | $10.00 |
| Silver colored Earrings with white stones | 1 | $100.00 |
| Silver colored Earrings with white stones | 1 | $95.00 |
| Yellow Earring | 1 | $20.00 |
| Yellow Earring | 1 | $95.00 |
| Yellow Pocket Watch | 1 | $20.00 |
| Silver colored Watch with black face | 1 | $3,600.00 |
| Silver colored Watch with yellow face | 1 | $2,000.00 |
| Yellow Watch with white face | 1 | $18,000.00 |
| Yellow Earrings with white stones | 1 | $85.00 |
| Yellow Necklace with blue stones | 1 | $710.00 |
| Yellow Bracelet with blue stones | 1 | $740.00 |
| Silver colored Bracelet | 1 | $2,100.00 |

| | | |
|---|---|---|
| Silver colored Bracelet with white stones | 1 | $25.00 |
| Yellow Necklace | 1 | $1,750.00 |
| Copper colored Necklace with green stones | 1 | $15.00 |
| Yellow Necklace | 1 | $6,000.00 |
| White Necklace with blue stone | 1 | $1,450.00 |
| White Necklace with red stone | 1 | $1,450.00 |
| Yellow Necklace with green stones | 1 | $1,150.00 |
| White Necklace | 1 | $10.00 |
| Yellow Necklace with white stones | 1 | $1,550.00 |
| Yellow Necklace with green beads | 1 | $50.00 |
| White Necklace with red stone | 1 | $10.00 |
| Stones | 10 | $5.00 |
| White Earring with blue stones | 1 | $0.00 |
| Yellow Pin with white stones | 1 | $0.00 |
| Yellow Pin with white stones | 1 | $390.00 |
| Yellow Pendant with white stones | 1 | $2.00 |
| White Pendant | 1 | $3.00 |
| White Pendant | 1 | $3.00 |
| White Earring with yellow stone | 1 | $10.00 |
| Yellow Pendant | 1 | $1,150.00 |
| Gray Pendant | 1 | $5.00 |
| White Ring with white stones | 1 | $1,050.00 |
| Yellow Ring with green stone | 1 | $135.00 |
| White Ring with blue stone | 1 | $300.00 |

| | | |
|---|---|---|
| White Ring with black stone | 1 | $10.00 |
| Yellow Ring | 1 | $330.00 |
| Yellow Ring | 1 | $0.00 |
| White Ring | 1 | $205.00 |
| White Ring with white & green stones | 1 | $115.00 |
| White Ring with white & green stones | 1 | $400.00 |
| Brown Ring with white stone | 1 | $50.00 |
| White Ring with blues stone | 1 | $300.00 |
| Metal pieces | 11 | $200.00 |
| Silver Coins | 4 | $40.00 |
| Silver Coins | 1 | $60.00 |

4. Testimony from Neman Real Estate employee Daryl Cuizon concerning the following topics: (1) information concerning tenants of Neman Real Estate, including testimony regarding spreadsheets containing tenant-related information, and (2) information concerning Wells Fargo Bank Account No. 3136, including testimony regarding bank statements produced with bates numbers PEFC3_001297-1303.

IT IS SO ORDERED.

DATED: March 11, 2015

Hon. John A. Kronstadt
UNITED STATES DISTRICT JUDGE